IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 JUL 18 AM 9:49
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CRAWFORD,<br><br>Defendant. | No. 24-cr-115-SWS<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of a Firearm)<br><br>**FORFEITURE NOTICE** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 25, 2024, in the District of Wyoming, the Defendant, **KENNETH CRAWFORD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Ruger, Model P85, 9mm pistol bearing serial number 301-26485, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section

2461(c), and Title 26, United States Code, Section 5872, any firearms and ammunition involved in the commission of the offense, including but not limited to: a Ruger, Model P85, 9mm pistol bearing serial number 301-26485.

A TRUE BILL:

/s/ Ink Signature on File in the Clerk's Office
FOREPERSON

_____
ERIC HEIMANN
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | KENNETH CRAWFORD |
| **DATE:** | July 16, 2024 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm)<br><br>0-15 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Krystal Stevenson, ATF |
| **AUSA:** | Paige N. Hammer, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |

1