Paige N. Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
paige.hammer@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JUL 18 AM 9: 49

MARGARET BOTKINS,CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. _24-CR-115-SWS_ |
| KENNETH CRAWFORD, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Serious risk Defendant will flee**
**A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2.    Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**

3.      Rebuttable Presumption.   The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.      Time for Detention Hearing.   The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 16th day of July 2024.

ERIC HEIMANN
Acting United States Attorney

By:   _Paige Hammer_
PAIGE N. HAMMER
Assistant United States Attorney